AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FALLON, ELDON E. | U.S. District Court, Louisiana | 04/25/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

U. S. DISTRICT COURT
500 POYDRAS STREET - ROOM C456
NEW ORLEANS, LA 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Ex-Officio Board Member/Past President | Louisiana Bar Foundation |
| 2. | Trustee | Testamentary Trust |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 04/25/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Thompson-West (book royalty) | $3,983.37 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 01/26/17-01/28/2017 | Squaw Valley, CA | Teaching educational seminar (speaker) | Hosuing, food and travel |
| 2. | Rand Center For Catastrophic Risk | 05/18/17-05/19/2017 | Washington, D.C. | Advisory Board Meeting | Housing, food and travel |
| 3. | EmoryUniversity School of Law | 09/13/17-09/15/2017 | Atlanta, GA | Teaching educational seminar (speaker) | Housing, food and travel |
| 4. | Rand Center For Catastrophic Risk | 12/05/17-12/06/2017 | Washington, D.C. | Advisory Board Meeting | Housing, food and travel |
| 5. | University of Miami School of Law | 12/07/17-12/08/2017 | Miami, FL | Teaching educational seminar (speaker) | Housing, food and travel |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 04/25/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PARCEL #5, New Orleans, Louisiana | F | Rent | P1 | W | | | | | |
| 2. *PARCEL#6, MS (Pearl River County) | | None | P1 | W | | | | | |
| 3. DUKE COMMON STOCK | A | Dividend | K | T | | | | | |
| 4. FIDELITY FUND COMMON STOCK | A | Dividend | L | T | | | | | |
| 5. EMPIRE DISTRICT ELECTRIC COMMON STOCK | A | Dividend | | | Sold | 02/24/17 | K | D | |
| 6. ANADARKO COMMON STOCK | A | Dividend | K | T | | | | | |
| 7. VIAD COMMON STOCK | A | Dividend | J | T | | | | | |
| 8. MONEYGRAM INTERNATIONAL, INC. [Spin off of VIAD] | A | Dividend | J | T | | | | | |
| 9. FINOVA COMMON STOCK | A | Dividend | J | T | | | | | |
| 10. REGIONS BANK [formerly AM SOUTH (IRA) | D | Dividend | N | T | | | | | |
| 11. SCHWAB MONEY MARKET ACCOUNT | D | Interest | J | T | | | | | |
| 12. *TESTAMENTARY TRUST | | None | L | T | | | | | |
| 13. LEGG MASON VALUE MUTUAL FUND | A | Dividend | K | T | | | | | |
| 14. FIDELITY SELECT COMPUTERS | A | Dividend | L | T | | | | | |
| 15. FEDERATED FUND | A | Dividend | M | T | | | | | |
| 16. GAMBELLI GROWTH FUND | A | Dividend | L | T | | | | | |
| 17. T. ROWE PRICE INTERNAT'L | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VANGUARD GNMA | B | Dividend | L | T | | | | | |
| 19. VANGUARD TOTAL STOCK INDEX | B | Dividend | N | T | | | | | |
| 20. SPECTRA ENERGY CORP | A | Dividend | J | T | | | | | |
| 21. SCHWABB MONEY MARKET FUND | C | Interest | P1 | T | | | | | |
| 22. *GNMA'S POOL (BONDS) | | | | | | | | | |
| 23. *FNMA MTG POOL | | | | | | | | | |
| 24. *SECTOR SPDR TR SBI INT-ENERGY | | | | | | | | | |
| 25. *OIL SVC HOLDERS TR DEPOSTRY RCPT | | | | | | | | | |
| 26. *FHLMC POOL | | | | | | | | | |
| 27. **VANGUARD WORLD FDS MATERIALS ETF | | | | | Sold | | | | |
| 28. *PIMCO CORPORATE OPP FD COM | | | | | | | | | |
| 29. *WISDOMTREE TRUST INTL DIV E FINL | | | | | | | | | |
| 30. *BLACKROCK LTD DURATION COM SHS | | | | | | | | | |
| 31. *VANGUARD BD INDEX FD SHORT TRM BOND | | | | | | | | | |
| 32. *ALPS ETF TR ALERIAN MLP | | | | | | | | | |
| 33. *SELECT SECTOR SPDR TR SBI INT-UTILS | | | | | | | | | |
| 34. *JOHN HANCOCK BK&THRIFT SH BEN INT | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FALLON, ELDON E. | 04/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. *SELECT SECTOR SPDR TR SBI CONS STPLS | | | | | | | | | |
| 36. *SELECT SECTOR SPDR TR TECHNOLOGY | | | | | | | | | |
| 37. *ISHARES TR BARCLYS 1-3YR CR | | | | | | | | | |
| 38. *MARKET VECTORS ETF TR PFD SEC EXFINL | | | | | | | | | |
| 39. *SELECT SECTOR SPDR TR SBI CONS DISCR | | | | | | | | | |
| 40. *SELECT SECTOR SPDR TR SBI INT-FINL | | | | | | | | | |
| 41. *SELECT SECTOR SPDR TR SBI MATERIALS | | | | | | | | | |
| 42. *FACTORSHARES TR ISE CYBER SEC | | | | | | | | | |
| 43. *ISHARES TR DJ SEL DIV INX | | | | | | | | | |
| 44. *VANGUARD WORLD FDS INF TECH ETF | | | | | | | | | |
| 45. *BLACKROCK TAX MUNICPAL SHS | | | | | | | | | |
| 46. *SELECT SECTOR SPDR TR RL EST SEL SEC | | | | | | | | | |
| 47. *NUVEEN BUILD AMER BD F COM | | | | | Buy | 05/22/17 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS AND TRUSTS.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

#2.  Farm and pasture land.  Raise cattle and sell cows.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

#12.  Assets of Testmentary Trust.

(1)  Trustee, with no direct personal interest, for Account of Testamentary Trust on deposit with Bank One, New Orleans, Louisiana.  The interest income is paid pursuant to the terms of the Trust in monthly installments to decedent's widow, who is income beneficiary for life or remarriage.  Turstee's ▮▮▮▮▮ are the principal beneficiaries of the Trust.

(2)  Lot Lakeside Estates, Geneva County, Alabama, appraised value $600

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
#21.  SCHWABB ▮▮▮▮▮▮ is an IRA Rollover Pension Fund with a value code of P1.

(1)  Nos. 22 through 47 are part of the pension fund. Their individual income/value is represented as part of the cummulative value disclosed on line 21.

(2)  No. 27, Vanguard World FDS Materials ETF was sold on 3/13/2013. It was inadvertently not removed from the 2014 and subsequent disclosure reports. It will be removed from next year's report.

(3)  No. 47, NuVeen Build Amer BD F Com was purchased on 5/22/2017.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **ELDON E. FALLON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544